UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | | |
|---|---|---|
| KIMBERLY ANN SHREVE | ) | **JUDGMENT** |
|     Plaintiff | ) | |
| | ) | No. 5:11-CV-157-H(2) |
|   v. | ) | |
| | ) | |
| KRISTEN LYNN FETTER, | ) | |
| TINA TANT HOAGLAND, | ) | |
| and C. COLON WILLOUGHBY, | ) | |
| JR., | ) | |
|     Defendants | ) | |

**Decision by Court.**
**This case came before the Honorable Malcolm J. Howard, Senior United States District Judge for consideration of the Memorandum and Recommendation.**

**IT IS ORDERED, ADJUDGED AND DECREED the court ADOPTS the recommendation of the magistrate judge as its own and plaintiff's complaint is DISMISSED for failure to state a claim upon which relief can be granted.**

This Judgment Filed and Entered on May 5, 2011with service on:

Kimberly Ann Shreve (via U.S. Mail) 1528 Varsity Drive #43, Raleigh, NC 27606

Date: May 5, 2011

                                               DENNIS P. IAVARONE, CLERK
                                               /s/ Delsia Heath
                                               (By): Delsia Heath, Deputy Clerk